Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 OCT 27  AM 10: 53

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

Civil/Criminal Division

|  |  |
|---|---|
| Susann Becker | Case No. $8:23cv472$ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes  ☒ No |
| -v- | |
| Jason J. Miller | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

**RECEIVED**

OCT 2 7 2023

CLERK
U.S. DISTRICT COURT

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | SUSANNE BECKER |
| Address | 50965 COUNTY ROAD 27 |

| | | |
|---|---|---|
| SCOTTSBLUFF | NE | 69361 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | SCOTTSBLUFF |
| Telephone Number | 308-631-7366 |
| E-Mail Address | |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jason J.Miller |
| Job or Title *(if known)* | 240762 Lake Minatare Road |
| Address | |

| | | |
|---|---|---|
| scottsbluff | ne | 69361 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | scottsbluff |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Natalie Miller |
| Job or Title *(if known)* | 240762 Lake Minatare Road |
| Address | |

| | | |
|---|---|---|
| Scottsbluff | Ne | 69361 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Scotts Bluff |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**

| | |
|---|---|
| Name | t |
| Job or Title *(if known)* | |
| Address | |

| | City | State | Zip Code |
|---|---|---|---|

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | City | State | Zip Code |
|---|---|---|---|

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The fifth Amendment of the U.s Constitution NO PERSON SHALL BE DEPRIVED OF LIFE, LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF THE LAW

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ARTICLE 1-25 OF NEBRASKA CONSTITUTION: THERE SHALL BE NO DISCRIMINATION BETWEEN CITIZENS OF THE UNITES STATES IN RESPECT TO THE ACQUSITION, OWNERSHIP, POSSESSION, ENJOYMENT OR DESCENT OF PROPERTY

Nebraska Law 60-2410
Failure to give certified notice to me by mail.

III.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

OCTOBER 23, 2023 ACCORDING TO THE ASSESSOR'S OFFICE AND THE LOCATION OF THE TOW TRUCK THE J. MILLER HAD A CONVESATION WIT ME ABOUT THEFT OF PROPERTY AT THE BUMGARNERS STORE IN SCOTTSBLUFF, nE

B.  What date and approximate time did the events giving rise to your claim(s) occur?

DURING THE SUMMER 2023, AT MY PLACE OF RESIDENCE 50965-67 CR 27 SCOTTSBLUFF NEBRASKA 69361

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Mr. Miller came into the propertydid not show paperwork, did not give copy of paperwork, DISTRUBED MY PEACE AND TOOK MY CAR WITH PERSONAL PROPERTY IN IT. PROPERTY THAT ALSO BELONGS TO CHARTER CALLED A ROUTER. MR. MILLER BELIEVES I DIDN'T PAY MY BILL ON THE CAR BUT ACCORDING TO MY PRIOR LAWSUIT WITH GMC THE BILL WAS CHARGE-OFF BECUASE OF COVID ISSUES AND COULD BE A LIABILITY FOR RESALING A CARE THAT CAUGHT HAVE DEADLY AIR BORN PATHOGENS. I CALL THE POLICES NUMEROUS TIMES AND ONE MR. PETERSON A POLICE OFFICER THAT BOUNCES BETWEEN THE COUNTY OF SCOTTSBLUFF AND THE CITY OF MITHCELL REFUSED TO WRITE A REPORT. Miller failed at his lawful duties of Nebraska law in Not mailing a certify copy Notice to me in the mail.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

MY INJURIES ARE UNKNOWN DO TO THE FACT THAT HE POLICE REFUSE TO HELP OR CALL A
EEMERGENCY MEDICAL TECHNICAN.
I HAVE LOST MY PERSONAL PROPERTY AND MY RIGHTS IN THE FEDERAL AND THE STATE
CONSTITUTION CAUSE I HAVE THE RIGHTS TO OWN PROPERTY AND TO ENJOY MY PROPERTY
WITHOUT SOMEONE COMING AND TAKING MY STEALING MY PROPERTY WITHOUT DUE
PROCESS OF THE LAW. THIS MEANS THAT MR. MILLER HAD TO TAE ME TO COURT FIRST
BEFORE HE AND HIS WIFE COME ON TO MY LAND AND TAKE WITHOUT A COURT ORDER. I
LOST MY FREEDOM AND TRUST IN THE FEDERALAND STATE LAWS AND BECAUSE I SAID
UNDER OATH THAT I AM CHOCTAW CHEROKEE I GET AN FRENCH LAW AND A FRENCH
GOVERNMENT TO INVESTGATE MY CLAIMS UNDER TITLE 25 INDIAN LAWS.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

i AM ASKING FOR RESTITUTION FOR MR. MILLER FOR BROKING FEDERAL AND STATE
CONSITIUTIONS TREATY AGREEMENTS IN TITLE 25 FOR 6 BILLION DOLLARS.
I AM ASKING FOR THE RIGHTS TO ASSUME HIS LAND AND ALL HIS PROPERTY AND HIS
TANGIBLE AND INTANGILE PROPERTY FOR THE MENTAL STRESS HIM AND HIS WIFE PUT ME
THROUGH FOR TAKING MY PROPERTY WITHOUT DUE PROCESS OF THE LAW.

It is my Right under Nebraska Law
60-2410 to place a lien on
The Millers property for failure to give
Notice by mail by certify means.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          OCTOBER 23, 2023

Signature of Plaintiff

Printed Name of Plaintiff        SUSANNE BECKER

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Becker
50965 CR 27
Scottsbluff, NE
    69361

7022 3330 0002 1882 3446

RDC 99

SCOTTSBLUFF, NE 69361
OCT 24, 2023

68102

$5.25

R2304H108347-8

U.S. Court District
Roman L. Hruska U.S. Courthouse
111 South 18th Plaza Suite 1152
Omaha, NE 68102-1322

RECEIVED

OCT 27 2023

CLERK
U.S. DISTRICT COURT

68102$1322