IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SUSANNE BECKER,

　　　　　　　　　　　Plaintiff,

　　　vs.

JASON J. MILLER, and NATALIE MILLER,

　　　　　　　　　　　Defendants.

**8:23CV472**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion captioned as a "Request for Transfer Admissions," Filing No. 4, and on the Court's own motion.  Plaintiff filed a Complaint, Filing No. 1, on October 27, 2023.  However, Plaintiff failed to include the $405.00 filing and administrative fees.  Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis.  Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

Plaintiff's Motion, captioned as a "Request to Transfer Admissions," is largely indiscernible.  Plaintiff submitted the Motion in numerous pending cases before the Court, but fails to specify how it is relevant to the present case.  Although the Motion asserts Plaintiff is entitled to "reinstatement," it does not identify the nature of the reinstatement or provide a legal basis for seeking relief.  Even construed liberally, the Motion lacks a coherent statement of the relief sought and is therefore denied.

IT IS THEREFORE ORDERED that:

1.　　　Plaintiff's motion captioned as a "Request for Transfer Admissions," Filing No. 4, is denied.

2.      Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days.  Failure to take either action will result in dismissal of this matter without further notice.

3.      The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

4.      The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **May 14, 2024**: Check for MIFP or payment.


Dated this 15th day of April, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge